UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERRI HANDY,

    Petitioner,

v.                                              Case No. 3:21cv581-MCR-HTC

STATE OF FLORIDA,

    Respondent.

_____/

REPORT AND RECOMMENDATION

Petitioner Terri Handy, a pretrial detainee in Walton County Jail, filed a handwritten document entitled "Writ of Habeas Corpus 2241" which the Court received on April 2, 2021. ECF Doc. 1. Handy's petition was not accompanied by a motion for leave to proceed *in forma pauperis* or a filing fee as required by Rule 5.3 of the Local Rules of the Northern District of Florida. Also, the petition was not filed on this Court's form, as required by Local Rule 5.7.

Therefore, on April 7, 2021, the Court ordered Petitioner gave Petitioner until May 7, 2021, to pay the $5.00 filing fee or file a motion to proceed *in forma pauperis* and to file an amended petition on the Court's required form. ECF Doc. 5. Petitioner did not respond to the April 7 order, and so the Court issued a show-cause order on

May 13, 2021 giving Petitioner **fourteen (14) days** to show cause why this case should not be recommended for dismissal for failure to prosecute or comply with an order of the Court. ECF Doc. 6. Petitioner did not respond, and the time for doing so has passed.

Accordingly, it is respectfully RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. The clerk be directed to close the file.

At Pensacola, Florida, this 7th day of June, 2021.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed **within fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u> An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:21cv581-MCR-HTC